UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON

| | |
|---|---|
| AMALIA GUZMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWEDISH MEDICAL CENTER, FOUNDATION, ET AL., and Sabrina Souffront, an individual,<br><br>DEFENDANTS. | Case No. 2:19CV553<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND REMAND CASE TO WASHINGTON STATE SUPERIOR COURT** |

## STIPULATION

WHEREAS on April 12, 2019, Defendants, Swedish Medical Center Foundation and Sabrina Souffrant, (the "Defendants") removed this case from King County Superior Court to this venue.

WHEREAS Plaintiff seeks to file her First Amended Complaint for Damages, which removes all references to federal statutes and/or causes of action; replaces part of the caption to read "Swedish Health Services dba Swedish Medical Center" in lieu of "Swedish Medical Center Foundation"; and adds claims of Intentional and Negligent Infliction of Emotional Distress.

1  WHEREAS a copy of Plaintiff's proposed First Amended Complaint for Damages is attached

2  hereto as Exhibit "A."

3  WHEREAS, the parties agree that absent any federal claims in Plaintiff's First Amended

4  Complaint, this case should be remanded to King County Superior Court for the State of

5  Washington.

6      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through

7  their respective counsel, that:

8  1. Plaintiff should be granted leave to amend and file her First Amended Complaint for Damages,

9  a copy of which is attached hereto as Exhibit "A."

10  2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint

11  for Damages is filed.

12  3. This action should be removed to Washington State Superior Court for King County pending

13  an order from this court.

14  [SIGNATURE PAGE TO FOLLOW]

15  /

16  /

17  /

18  /

19  /

20  /

21  /

22  /

23  /

24

STIPULATION AND ORDER TO FILE FIRST AMENDED
COMPLAINT AND REMAND CASE – Page **1** of **4**

**NOLAN LIM LAW FIRM, PS**
705 Second Ave | Suite 1000 | Seattle, WA 98104
Phone: (206) 774-8874 Fax: (206) 430-6222

| | |
|---|---|
| 1 | DATED: July 12, 2019 |
| 2 | |
| 3 | Davis Wright Tremaine LLP        Nolan Lim Law Firm, PS |
| 4 | |
| 5 | |
| 6 |    s/Katie Rosen                         s/Nolan Lim |
| | By:_____     By: _____ |
| | Paula Lehman, WSBA No. 20678    Nolan Lim, WSBA #36830 |
| 7 | Katie Rosen, WSBA No. 29564      Attorneys for Plaintiffs |
| | Jordann M. Hallstrom, WSBA No. 48036   705 Second Ave. Suite 1000 |
| 8 | 920 Fifth Ave., Suite 3300          Seattle, WA 98104 |
| | Seattle, WA 98104-1610             Office: (206) 774-8874 |
| 9 | Telephone: (206)622-3150          Fax: (206) 430-6222 |
| | Fax: (206)757-7700                   nolan@nolanlimlaw.com |
| 10 | Email: paulalehmann@dwt.com       *Attorney for Plaintiff* |
| | katierosen@dwt.com |
| 11 | jordanhallstrom@dwt.com |

# ORDER

Based on the foregoing Stipulation of the parties, it is so Ordered that Plaintiff is granted leave to file her First Amended Complaint and this action is hereby removed to King County Superior Court for the State of Washington.

DATED this 16 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE